

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2018

No. 04-18-00548-CV

Thomas Michael **TOWNSEND**, Sr., TMT Management, LLC, and Townsend Mineral
Company, LP,
Appellants

v.

Philip Wayne **HINDES** and Melinda Hindes Eustace,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 12-09-00179-CVL
Honorable Dick Alcala, Judge Presiding

## O R D E R

Patricia Gaddis' Notification of Late Record is hereby MOOT.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 19th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court